# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**KRISTI GREGORY,**

    **Plaintiff,**

**v.**           Case No. 1:24-cv-149-AW-MJF

**TRISHA ROY and ECO GLOBAL REAL ESTATE CONSULTANTS, INC.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 26), to which there has been no objection, I conclude the report and recommendation should be adopted, and I incorporate it into this order.

Plaintiff's unopposed motion to dismiss without prejudice (ECF No. 25) is GRANTED. The clerk will enter a judgment that says, "This case is dismissed without prejudice on Plaintiff's unopposed motion." The clerk will then close the file.

SO ORDERED on May 27, 2025.

                 s/ *Allen Winsor*
                 United States District Judge